UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-cr-217

| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MARKEITH WOODARD | ) | |

**THIS MATTER** is before the Court upon the Government's Motion to dismiss Count Three of the Indictment without prejudice, pursuant to Fed. R. Crim. P. 48(a). (Doc. No. 16).

**IT IS ORDERED** that the Government's motion is **GRANTED** and Count Three of the Indictment is dismissed without prejudice.

Signed: January 31, 2012

Robert J. Conrad, Jr.
Chief United States District Judge